# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SIERRA CLUB, | ) |
| | ) |
| *Plaintiff*, | ) Case No. 3:23-cv-00919-RJD |
| | ) |
| vs. | ) |
| | ) |
| PRAIRIE STATE GENERATING COMPANY, LLC, | ) |
| | ) |
| *Defendant.* | ) |

## PARTIES' JOINT MOTION TO EXTEND HEARING DATE ON DEFENDANT'S MOTION TO STAY AND PARTIES' CROSS MOTIONS FOR JUDGMENT ON THE PLEADINGS

Plaintiff Sierra Club and Defendant Prairie State Generating Company, LLC (collectively, "Parties") hereby move to extend the currently scheduled in-person hearing in this matter on April 7, 2025, to give the Parties additional time to pursue a Stipulation of Dismissal of this case. In support of this Motion, Parties state as follows:

1. Parties have engaged in several rounds of discussion regarding the status and future of this litigation following the completion of briefing on Defendant's Motion to Stay and Parties' Cross Motions for Judgment on the Pleadings.

2. In the course of those discussions, Parties believe they have identified a pathway toward dismissing the current litigation that would not require further action from the Court.

3. The Parties remain optimistic that they will be able to file a Stipulation of Dismissal with the Court by April 21, 2025.

4. Parties do not believe that it would be an effective use of the Court's or Parties' time to hold the currently scheduled argument on April 7, 2025, in light of the likelihood that the case may be able to be dismissed without further action from the Court on the currently pending Defendant's Motion to Stay and Parties' Cross Motions for Judgment on the Pleadings.

WHEREFORE, for the reasons set forth herein, Parties respectfully request that this Court enter an order extending the currently scheduled hearing date on April 7, 2025, to no sooner than April 21, 2025.

Dated: April 2, 2025

Respectfully submitted,

*/s/ Megan Wachspress*
Megan Wachspress
Gregory E Wannier
Sierra Club Environmental Law Program
2101 Webster St., Suite 1300
Oakland, CA 94612
(415) 977-5635
megan.wachspress@sierraclub.org
greg.wannier@sierraclub.org

*/s/ Elizabeth J. Hubertz*
Elizabeth J. Hubertz
Illinois Bar No. 6272442
Interdisciplinary Environmental Clinic
Washington University School of Law
St. Louis, Missouri 63130
(314) 935-8760
ejhubertz@wustl.edu

*Attorneys for Plaintiff Sierra Club*

*/s/ Robert Middleton*
Robert Middleton (admitted pro hac vice)
Paul Greenwalt (admitted pro hac vice)

2

        ARENTFOX SCHIFF LLP
        233 S. Wacker Drive, Suite 7100
        Chicago, IL 60606
        Phone: 312.258.5500
        Fax: 312.258.5600
        Paul.greenwalt@afslaw.com
        Robert.middleton@afslaw.com

        *Attorneys for Prairie State Generating Company, LLC*

## CETIFICATE OF SERVICE

On April 2, 2025, the undersigned counsel of record caused a true and correct copy of the foregoing Parties' Joint Motion to Extend Hearing Date on Defendant's Motion to Stay and Parties' Cross Motions for Judgement on the Pleadings to be served via email upon the counsel of record listed below:

| | |
|---|---|
| Paul E. Greenwalt<br>Robert A.H. Middleton<br>ARENTFOX SCHIFF LLP<br>233 South Wacker Drive<br>Suite 7100<br>Chicago, IL 60606<br>312.258-5500<br>Paul.greenwalt@afslaw.com<br>Robert.middleton@afslaw.com | Michael P. Murphy<br>HEPLERBROOM, LLC<br>4340 Acer Grove Drive<br>Springfield, Illinois 62711<br>Telephone: (217) 528-3674<br>Facsimile: (217) 528-3964<br>Michael.Murphy@heplerbroom.com |
| Dated: April 2, 2025 | /s/ *Megan Wachspress*<br>Megan Wachspress<br>Sierra Club Environmental Law Program<br>2101 Webster St., Suite 1300<br>Oakland, CA 94612<br>(415) 977-5646<br>Greg.wannier@sierraclub.org<br><br>*Attorney for Plaintiff Sierra Club* |