**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

|  |  |  |
|---|---|---|
| **SIERRA CLUB,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:23-cv-00919-RJD** |
| | ) | |
| **PRAIRIE STATE GENERATING** | ) | |
| **COMPANY, LLC.,** | ) | |
| | ) | |
| *Defendant.* | ) | |

---

### STIPULATION OF DISMISSAL WITH PREJUDICE

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Sierra Club and Defendant Prairie State Generating Company, LLC hereby stipulate to the dismissal of the above-captioned action, with prejudice, and with each party to bear its own fees and costs.

Dated:   April 16, 2025

/s/ Megan Wachspress
Megan Wachspress
Gregory E. Wannier
Sierra Club Environmental Law Program
2101 Webster St., Suite 1300
Oakland, CA 94612
megan.wachspress@sierraclub.org
greg.wannier@sierraclub.org

Elizabeth J. Hubertz
Interdisciplinary Environmental Law Clinic
Washington University School of Law
St. Louis, MO 63130
ejhubertz@wustl.edu

*Attorneys for Plaintiff Sierra Club*

/s/ Paul E. Greenwalt
Paul E. Greenwalt
Robert A.H. Middleton
ARENTFOX SCHIFF LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
312.258-5500
Paul.Greenwalt@afslaw.com
Robert.Middleton@afslaw.com

*Attorneys for Defendant Prairie State Generating Company, LLC*

## CERTIFICATE OF SERVICE

On April 16, 2025, the undersigned counsel of record caused a true and correct copy of the foregoing Stipulation of Dismissal with Prejudice to be served via email upon the counsel of record listed below:

Paul E. Greenwalt
Robert A.H. Middleton
ARENTFOX SCHIFF LLP
233 South Wacker Drive
Suite 7100
Chicago, IL 60606
312.258-5500
Paul.greenwalt@afslaw.com
Robert.middleton@afslaw.com

Michael P. Murphy
HEPLERBROOM, LLC
4340 Acer Grove Drive
Springfield, Illinois 62711
Telephone: (217) 528-3674
Facsimile: (217) 528-3964
Michael.Murphy@heplerbroom.com


Dated: April 16, 2025

*/s/ Megan Wachspress*
Megan Wachspress
Sierra Club Environmental Law Program
2101 Webster St., Suite 1300
Oakland, CA 94612
(415) 977-5646
megan.wachspress@sierraclub.org

*Attorney for Plaintiff Sierra Club*