# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SIERRA CLUB<br>*Plaintiff,*<br><br>v.<br><br>PRAIRIE STATE GENERATING COMPANY, LLC,<br>*Defendant.* | Civil Number: **23-cv-919-RJD** |

## JUDGMENT IN A CIVIL CASE

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on April 16, 2025, this case is DISMISSED with prejudice. Each party to bear their own costs.

**DATED:** April 17, 2025

                                                                                               MONICA A. STUMP
                                                                                                CLERK OF COURT

                                                                                                By: *s/Jamie Melson*
                                                                                                  **Deputy Clerk**

**APPROVED:**

*s/ Reona J. Daly*
**HON. REONA J. DALY**
**UNITED STATES MAGISTRATE JUDGE**